IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-04-286 |
| JESUS D. FERNANDEZ-SANABRIA | | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing. (Docket Entry No. 57). The motion for continuance is GRANTED. The sentencing is reset to **January 22, 2010, at 10:00 a.m.**

SIGNED on November 6, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge